IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHA M. ALEJANDRO | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA VISION CENTER, et al. | : | NO. 18-2150 |

ORDER

AND NOW, this 29th day of August, 2018, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the unopposed motion of defendants Philadelphia Vision Center, Bruce A. Rubin, and Beth Lisa Brooks, O.D., for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure against plaintiff Alisha M. Alejandro on her claim in Count I against defendants for violation of the Pennsylvania Unfair Trade Practice and Consumer Protection Law, 73 Pa. Const. Stat. §§ 201-1, et seq., and her claim against defendants in Count II for Pennsylvania civil conspiracy (Doc. # 20) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.